Timothy W. Miller, Bar No. 5-2704
Senior Assistant Attorney General
Prentice B. Olive, Bar No. 8-6691
Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5208
(307) 777-3608
(307) 777-8920 Facsimile
tim.miller@wyo.gov
prentice.olive@wyo.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BENJAMIN D. BURKS, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-CV-00047-KHR |
| | ) | |
| TANNER MATTHEW QUICK, an individual, TARYN MATTHEW SCIORTINO, an individual, and JOHN/JANE DOE DETENTION OFFICERS 1-10, individually, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

---

**DEFENDANT QUICK'S RESPONSE TO
PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

---

FOR HIS RESPONSE to the referenced motion, defendant Tanner Mathew Quick, in his individual capacity, submits the following:

1.    On April 8, 2026, Quick filed a motion for summary judgment on plaintiff Benjamin D. Burks's negligence claim (Count III) in this case based on the statute of limitations. (Defendant Quick's Motion for Partial Summary Judgment ECF No. 11).[1]

2.    On April 22, 2026, Burks filed an unopposed motion for leave to file second amended complaint.  (ECF No. 14).

3.    In the proposed second amended complaint, Burks omits his time-barred negligence claim.  (*See* ECF Nos. 14-1, 14-2).

4.    Quick does not object to the filing of the second amended complaint in the form submitted to the Court (as stated in the motion).

5.    Quick agrees that Defendant Quick's Motion for Partial Summary Judgment will be mooted upon the filing of the second amended complaint, without a ruling on the merits and subject to re-filing should Burks attempt to reinstate his negligence claim in this action or pursue a negligence claim in any other action.

DATED this 22th day of April, 2026.

/s/Timothy W. Miller
Timothy W. Miller, Bar No. 5-2704
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5208
(307) 777-8920 Facsimile
tim.miller@wyo.gov

Attorneys for Defendants

---

[1] The motion is styled as a motion for partial summary judgment because it does not apply to two other claims in the case.

## CERTIFICATE OF SERVICE

I do hereby certify that on this 22nd day of April, 2026, a true and correct copy of the foregoing **Defendant Quick's Response to Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint** was served as indicated below:

Jack D. Edwards                                      [✓] CM/ECF
Kaden B. Canfield
Edwards Law Office, P.C.
P.O. Box 5345
Etna, WY  83118
jack@edwardslawofficepc.com
kaden@edwardslawofficepc.com


                                          /s/ Kathy Lackey
                                          Kathy Lackey, Paralegal
                                          Office of the Wyoming Attorney General

3